UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARBONITE FILTER CORPORATION,<br>Plaintiff,<br>v.<br>C. OVERAA & CO.,<br>Defendant. | Case No. 19-cv-00115-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 67 |

The parties have advised the Court that they have reached a settlement of this case and expect to file a dismissal. (Dkt. 67.) Therefore, **IT IS HEREBY ORDERED** that this action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar to be set for trial. If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED**.

Dated: September 17, 2019

_____
SALLIE KIM
United States Magistrate Judge